General Complaint



**FILED**

APR 0 5 2019

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Marla Elise Jackson
(Pro Se)

Case Number: 4:19 cv 256

List the full name of each plaintiff in this action.

VS.

Conifer Revenue Cycle Solutions, LLC

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.   ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.   In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

      1.   Employ Counsel
      2.   Court - Appointed Counsel
      3.   Lawyer Referral Service of the State Bar of Texas,
           P. O. Box 12487, Austin, Texas 78711.

   B.   List the name(s) and address(es) of the attorney(s):

   Only for purposes of questions - No name

    C.    Results of the conference with counsel:

Submit Complaint to Court

II.    List previous lawsuits:

    A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? ✓ Yes ___ No

    B.    If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

        1.    Approximate file date of lawsuit: 5/21/18

        2.    Parties to previous lawsuit(s):
        Plaintiff: Marla Elise Jackson
        Defendant: Conifer Revenue Cycle Solutions, LLC

Attach a separate piece of paper for additional plaintiffs or defendants.

        3.    Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

Federal - US Eastern District Court - Sherman Division

        4.    Docket number in other court. _____

        5.    Name of judge to whom the case was assigned.
Richard Schwen

        6.    Disposition: Was the case dismissed, appealed or still pending?
Compel to Arbitration (Employment)

        7.    Approximate date of disposition. July 17, 2018

III. Parties to this suit:

    A. List the full name and address of each plaintiff:

        Pla #1 __Marla Elise Jackson (Pro Se)__

        Pla #2 _____

    B. List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1: __Conifer Revenue Cycle Solutions, LLC__

        Dft #2: _____

        Dft #3 _____

Attach a separate sheet for additional parties.

IV:   Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

Complaint - Vacate Arbitration - Arbitration was Employer Conifer Revenue Cycle Solutions LLC done through the American Arbitration Association. I believe that the AAA Arbitrator erred by failing to consider U.S. Supreme Court and Texas District Federal Court decisions in view of addressing relevant Title VII, ADA, or ADEA precedence to the decision to grant Respondent's motion to dismiss. See - motion to vacate AAA Arbitrator's order Granting Motion to Disco Dismiss with prejudice.

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

Rule on my motion to vacate AAA Arbitration to Dismiss w/ prejudice.

Signed this 5th day of April (Month), 20 19 (Year).

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: 4/5/2019
Date

Manda E Jackson (Pro Se)

Signature of each plaintiff